MARY J. WILDRICK, as Executrix, etc., Appellant, *v.* DEWITT C. HAGER et al., Respondents.

(Argued March 5, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 21, 1887, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*J. W. Dininny* for appellant.

*D. M. Darrin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CHARLES F. KING, as Receiver, etc., Appellant, *v.* JOHN H. WALBRIDGE et al., Respondents.

(Argued March 7, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 1, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*L. M. Brown* for appellant.

*Edgar T. Brackett* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.